IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| **JAMES DWYER, ET AL.** | § | |
| | § | |
| **V.** | § | **NO. 1:06-CV-258** |
| | § | |
| **ALLSTATE TEXAS LLOYD'S,** | § | |
| **ET AL.** | § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on May 18, 2006.  The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed motion for dismissal with prejudice and enter the parties' agreed order of dismissal with prejudice.

The magistrate judge's report is hereby **ADOPTED**.  It is therefore

**ORDERED** that the parties' "Agreed Motion for Dismissal with Prejudice" (Docket No. 13) is **GRANTED**.  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

The court will enter the parties' agreed order of dismissal with prejudice separately.

So **ORDERED** and **SIGNED** this **18** day of **September, 2006.**

_____
Ron Clark, United States District Judge